# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON K. CARMAN,<br><br>  Plaintiff,<br>v.<br><br>GCFS, INC., dba GREATER CALIFORNIA FINANCIAL SERVICES,<br><br>  Defendants. | Civil No. 12cv1397 H   (NLS)<br><br>**NOTICE AND ORDER VACATING EARLY NEUTRAL EVALUATION AND SETTING *TELEPHONIC* SETTLEMENT DISPOSITION CONFERENCE** |

Plaintiff filed a notice of settlement. The court, therefore, **VACATES** the Early Neutral Evaluation set for August 30, 2012 and **SETS** a *telephonic* Settlement Disposition Conference (SDC) on **November 30, 2012 at 9:30 a.m.** before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The court will vacate the SDC if the parties file the appropriate dismissal papers before that time.

**IT IS SO ORDERED**.

DATED: August 23, 2012

*Nita L. Stormes*
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court