1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9             **SOUTHERN DISTRICT OF CALIFORNIA**
10
11  SHARON K. CARMAN,                    CASE NO. 12-CV-1397 H (NLS)
12                          Plaintiff,   **ORDER GRANTING JOINT**
        vs.                              **MOTION FOR DISMISSAL**
13                                       **AND DIRECTING THE CLERK**
                                         **TO CLOSE THE CASE**
14  GCFS, INC. d/b/a Greater California
    Financial Services,                  [Doc. No. 9]
15
                            Defendant.
16
17        On October 10, 2012, the parties filed a joint motion to dismiss this case in its entirety
18  with prejudice pursuant to Federal Rule of Civil Procedure 41.  (Doc. No. 9.)  The Court, for
19  good cause shown, **GRANTS** the joint motion and dismisses the case with prejudice in its
20  entirety.  The Clerk is directed to close the case.
21        **IT IS SO ORDERED.**
22  DATED:  October 12, 2012
23
24                                       _____
                                         MARILYN L. HUFF, District Judge
25                                       UNITED STATES DISTRICT COURT
26
27
28